IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MATTHEW LIEBER and ERIN LIEBER, *individually and as representatives of the estate of Jackson Lieber, Deceased*,<br><br>Plaintiffs,<br><br>v.<br><br>ESTEBAN GOMEZ-SANCHEZ,<br><br>Defendant. | § § § § § § § § § § § § | 1:23-cv-181-DII |

## FINAL JUDGMENT

On this date, the Court entered an order granting Defendant's motion for summary judgment and dismissing Plaintiffs' claims. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on October 29, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE